# EXHIBIT 1

# USED VEHICLE PURCHASE
# & TRADE PAYOFF FORM



Store  **Land Rover Anaheim Hills**     Deal# _____     Date **9/9/25**

**Purchased From**

Name  **Eman Youssef Abdallah**

Street Address  **5170 Gloria Ave.**

City, State, Zip  **Encino, CA 91436**

Telephone Number  **(310) 492-3306**

2 Payoff quotes are required    ☐ Same day payoff (must match the contract)    ☐ 10 day payoff
(Attach both printed payoff quotes to this form)

## Vehicle Information

Year **2024**     Make **Land Rover**     Model **Range Rover Sport**

Stock# **68P02974**     VIN **SAL1Z9F93RA408612**     Mileage **3,364**

**Payment Request** Note: Vehicle must be entered in ADP/CDK vehicle by store before completion of this form

☐ Dealertrack Payoff (Save 10 day payoff in Dealertrack)

☐ EFT/ACH (Use for DPP purchase)

☑ Customer Check - Pay to the order of: _____ (Must be completed for Check)

☑ Lienholder Check - Lienholder box must be completed below*

Note: If both check values are entered below then the customer check
will not be processed until lien release/title is received

Lienholder Check $  **$ 133,556.14**

Customer Check $  **$ 1,443.86**

**Total Payoff Amount $ $ 135,000.00**
(*Must match total payoff amount(s) on the contract. This includes customer
retained equity payments listed.)

Manager Approval  **Julio Casillas**

Manager Signature  _____

Date  **9/9/25**

**\*Lienholder Information**
(Physical address only. PO Box will not be accepted)

Name  **Bank Of America**

Address  **PO Box 17239**

City  **Wilmington**

State, Zip  **DE, 19850-7239**

Telephone  _____

Account  ███████████

Same day Payoff Amount  _____

10 day Payoff Amount  **$ 133,556.14**

rev 08/2023

# DMV
A Public Service Agency

## VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM

**INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK — PHOTOCOPIES NOT ACCEPTED**

This form is not the ownership certificate. It must accompany the titling document or Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.

ACQUISITION NUMBER (DISMANTLER ONLY)

### SECTION 1 — VEHICLE/VESSEL DESCRIPTION

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| SAL1Z9F93RA408612 | 2024 | Land Rover | | |

### SECTION 2 — BILL OF SALE

I/We ___Eman Y Abdallah___ (PRINT SELLER'S NAME(S)) sell, transfer, and deliver the above vehicle/vessel

to ___Land Rover Anaheim Hills___ (PRINT BUYER'S NAME(S)) on **09** **05** **20 25** (MO DAY YEAR) for the amount of **$ VR** (SELLING PRICE)

If this was a gift, indicate relationship: _____ (e.g., parents, spouse, friend, etc.) **$** (GIFT VALUE)

### SECTION 3 — ODOMETER DISCLOSURE STATEMENT (Void if Mileage is Altered or Erased)

Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads | | | 3 , 3 6 4 X | 1/10 ths (no tenths) miles, and to the best of my knowledge reflects the **ACTUAL** mileage *unless one of the following statements is checked.*

**WARNING—ODOMETER DISCREPANCY**

☐ Odometer reading is **NOT** the actual mileage          ☐ Mileage **EXCEEDS** the odometer mechanical limits

Explain odometer discrepancy: _____

### SECTION 4 — BUYER AND SELLER (MUST hand print his or her name, date and sign this section.)

#### BUYER'S SECTION

I acknowledge **the odometer reading and the facts of the transfer.** I certify (or declare) under penalty of perjury under the laws of the **State of California** that the foregoing is true and correct.

| PRINT BUYER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| Land Rover Anaheim Hills | X | 9/8/25 | |
| Julio Corlly | X | | |
| | X | | |

| BUYER'S MAILING ADDRESS | CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NO. |
|---|---|---|---|---|
| 5431 E. La Palma Ave. | Anaheim Hills | CA | 92807 | (714) 693-4646 |

#### SELLER'S SECTION

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| PRINT SELLER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| Eman Y Abdallah | X | 9/8/25 | |
| | X | | |
| | X | | |

| SELLER'S MAILING ADDRESS | CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NO. |
|---|---|---|---|---|
| 5170 Gloria Ave | Encino | CA | 91436 | |

### SECTION 5 — POWER OF ATTORNEY

I/We ___Eman Y Abdallah___ (PRINT NAME(S)) appoint ___Land Rover Anaheim Hills___ (PRINT NAME(S)) as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY | DATE |
|---|---|
| X | 9/8/25 |
| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY | DATE |
| X | |

REG 262 (REV. 10/2011)