# EXHIBIT 2

# USED VEHICLE PURCHASE & TRADE PAYOFF FORM

**RUSNAK**

Store ___JLR AH___    Deal# _____    Date _10/24/2025_

## Purchased From

Name _____EMAN Y. ABDALLAH_____

Street Address ___5170 GLORIA AVENUE___

City, State, Zip ___ENCINO, CA 91436___

Telephone Number ___310 - 492 - 3306___

2 Payoff quotes are required    ☒ Same day payoff (must match the contract)    ☒ 10 day payoff
(Attach both printed payoff quotes to this form)

## Vehicle Information

Year ___2024___    Make ___LAND ROVER___    Model ___RANGE ROVER___

Stock# ___68P03025___ VIN ___SALKP9FU8RA242179___ Mileage ___3793___

## Payment Request   Note: Vehicle must be entered in ADP/CDK vehicle by store before completion of this form

☒ Dealertrack Payoff (Save 10 day payoff in Dealertrack)  (PAID)

☐ EFT/ACH (Use for DPP purchase)

☐ Customer Check - Pay to the order of: _____ (Must be completed for Check)

☐ Lienholder Check - Lienholder box must be completed below*

Note: If both check values are entered below then the customer check will not be processed until lien release/title is received

Lienholder Check $ ___#99337.81___ (PAID)

Customer Check $ ___<#4600.->___
NEGATIVE EQTY FROM CUSTOMER

### Total Payoff Amount $ _ACV # 94737.81_
(*Must match total payoff amount(s) on the contract. This includes customer retained equity payments listed.)

Manager Approval ___YIWEN TING___

Manager Signature _____

Date ___10/27/25___

| *Lienholder Information |
| --- |
| (Physical address only. PO Box will not be accepted) |
| (CHASE) |
| Name _LAND ROVER FINANCIAL GRP_ |
| Address _700 KANSAS LN, LA4 - 0006_ |
| City _MONROE_ |
| State, Zip _LA, 71203_ |
| Telephone _800-253-5050_ |
| Account ▮▮▮8▮▮5▮▮▮S |
| Same day Payoff Amount _99220.86_ |
| 10 day Payoff Amount _99337.81_ |

rev 08/2023

**STATE OF CALIFORNIA**
**DMV**
Department of Motor Vehicles.

# VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM

## INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK — PHOTOCOPIES NOT ACCEPTED

*This form is not the ownership certificate. It must accompany the titling document or Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.*

ACQUISITION NUMBER (*DISMANTLER ONLY*)

### SECTION 1 — VEHICLE/VESSEL DESCRIPTION

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| SALKP9FU8RA242179 | 2024 | LNDR | 9NFA373 | |

### SECTION 2 — BILL OF SALE

I/We _EMAN Y. ABDALLAH_ sell, transfer, and deliver the above vehicle/vessel
PRINT SELLER'S NAME(S)

to _LAND ROVER ANAHEIM HILLS_ on 10 / 20 / 2025 for the amount of $ _____
PRINT BUYER'S NAME(S)    MO   DAY   YEAR   (SELLING PRICE)

If this was a gift, indicate relationship: _____ (*e.g., parents, spouse, friend, etc.*)   $ _____
(GIFT VALUE)

### SECTION 3 — ODOMETER DISCLOSURE STATEMENT (*Void if Mileage is Altered or Erased*)

*Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

The odometer now reads [ ] [ ] [ 3 ] , [ 7 ] [ 9 ] [ 3 ] / 10ths (**no tenths**) miles, and to the best of my knowledge reflects the **ACTUAL** mileage *unless one of the following statements is checked.*

#### WARNING—ODOMETER DISCREPANCY

☐ Odometer reading is **NOT** the actual mileage        ☐ Mileage **EXCEEDS** the odometer mechanical limits

Explain odometer discrepancy: _____

### SECTION 4 — BUYER AND SELLER (*MUST hand print his or her name, date and sign this section.*)

#### BUYER'S SECTION

*I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT BUYER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| LAND ROVER ANAHEIM HILLS  *By: VINENTIN* | X | 10/20/25 | |
| PRINT BUYER'S NAME | SIGNATURE  X | DATE | DL/ID OR DEALER/DISM # |
| PRINT BUYER'S NAME | SIGNATURE  X | DATE | DL/ID OR DEALER/DISM # |
| BUYER'S MAILING ADDRESS | CITY | STATE   ZIP CODE | DAYTIME TELEPHONE NO. |

#### SELLER'S SECTION

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| PRINT SELLER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| EMAN Y. ABDALLAH | X | 10/20/25 | |
| PRINT SELLER'S NAME | SIGNATURE  X | DATE | DL/ID OR DEALER/DISM # |
| PRINT SELLER'S NAME | SIGNATURE  X | DATE | DL/ID OR DEALER/DISM # |
| SELLER'S MAILING ADDRESS | CITY | STATE   ZIP CODE | DAYTIME TELEPHONE NO. |

### SECTION 5 — POWER OF ATTORNEY

I/We _EMAN Y. ABDALLAH_ appoint _____
PRINT NAME(S)                PRINT NAME(S)

as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY | DATE |
|---|---|
| X | 10/20/25 |
| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY | DATE |
| X | |

REG 262 (REV. 10/2011)

**JAGUAR LAND ROVER ANAHEIM HILLS**

5425 E. LA PALMA AVENUE
ANAHEIM, CA 92807
Phone: (714) 693-4646
www.jlrah.com

JAGUAR

PAGE   1 OF   1

26377

| AMOUNT | PAID BY | COMMENT |
|---|---|---|
| 4,600.00 | AMEX | STK 68P03025/ CST 312988 (STREET PURCHAS |

EMAN YOUSSEF ABDALLAH
5170 GLORIA AVE
ENCINO          CA      91436

312988

TOTAL RECEIVED:       $4,600.00

DATE-TIME: 20OCT2025 18:01
      CASHIER: TODD
     LOCATION:
CASH DRAWER:

ACCOUNTING DISTRIBUTION

| CO | JOURNAL | CO | ACCOUNT | AMOUNT | CONTROL | CONTROL2 |
|---|---|---|---|---|---|---|
| 600 | 50 | 600 | 1101 | 4,600.00 | 26377 | |
| | | 600 | 81302 | -4,600.00 | 312988 | |

*payment from customer to cover negative equity.*
*Stk # 68P03025*



Copyright 2014 CDK Global, LLC   CASH RECEIPT - CR1C - IMAGING

**FILE COPY**